**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00050-CV**

_____

**BENNY SUAREZ AND SPENCER SUAREZ, Appellants**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-05-06244-CV**

**MEMORANDUM OPINION**

Benny Suarez and Spencer Suarez, Appellants, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on April 17, 2024
Opinion Delivered April 18, 2024

Before Horton, Johnson and Wright, JJ.